NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-14-0000514
16-JUL-2014
08:40 AM

NO. CAAP-14-0000514

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

STATE OF HAWAI'I, Plaintiff-Appellee,
v.
JOHN GATEWOOD, Defendant-Appellant

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CR. NOS. 03-1-1324 and 01-1-1521)

ORDER GRANTING THE JULY 1, 2014
STIPULATION FOR DISMISSAL OF APPEAL
(By: Nakamura, C.J., Fujise and Reifurth, JJ.)

Upon consideration of the "Stipulation for Dismissal of Appeal" (Stipulation), filed on July 1, 2014 by Defendant-Appellant John Gatewood, the papers in support, and the records and files herein,

IT IS HEREBY ORDERED that the Stipulation is approved, and the appeal is dismissed.

DATED: Honolulu, Hawai'i, July 16, 2014.

Chief Judge

Associate Judge

Associate Judge